**Electronically Filed
Supreme Court
SCWC-22-0000310
07-JUL-2025
12:35 PM
Dkt. 15 ODAC**

SCWC-22-0000310

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE OF THE INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR1,
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1 UNDER THE
POOLING AND SERVICING AGREEMENT DATED JANUARY 1, 2007,
Respondent/Plaintiff-Appellee,

vs.

OLANI SEWELL and HINA H.T. SEWELL,
Petitioners/Defendants-Appellants,

and

CIT BANK N.A.,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000310; CASE NO. 3CCV-20-0000447)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

The Application for Writ of Certiorari, filed by Petitioners Olani Sewell and Hina H.T. Sewell on May 14, 2025, is hereby rejected.

DATED: Honolulu, Hawai'i, July 7, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

